UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

DAVID HERNANDEZ,  ) ED CV 09-720 (SH)
)
    Plaintiff, ) JUDGMENT
)
  v. )
)
MICHAEL J. ASTRUE, )
Commissioner, Social Security, )
Administration, )
)
    Defendant. )
_____ )

    IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and the Complaint dismissed.

DATED: May 18, 2010

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE